UNITED STATES DISTRICT COURT

NOV 25 2019 AM9:19
FILED-USDC-CT-HARTFORD

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

      v.        :        Criminal No. 3:19MJ728(RMS)

SIMON HESSLER        :        November 22, 2019

*3:19MJ 1658 MPS*

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Nancy V. Gifford, Assistant United States Attorney, and respectfully informs this Honorable Court:

1.    On **Wednesday, December 11, 2019, at 11:00 a.m.,** there will come before this Court, at 915 Lafayette Boulevard, Bridgeport, Connecticut, the case of U.S. v. Simon Hessler, Magistrate No. 3:19MJ728(RMS) for waiver of indictment / guilty plea before the Honorable Stefan R. Underhill, United States District Judge.

2.    That the above named defendant, **SIMON HESSLER, Inmate No. 428311, (year of birth 1972),** will be charged in a one count Information with a violation of 18 U.S.C. § 2251(a) (Production of Child Pornography).

3.    That the said **SIMON HESSLER** is now confined at the Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, Connecticut on pending state charges.

4.    That the said **SIMON HESSLER, (Inmate No. 428311)** be presented for a waiver/plea before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offenses, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its

Writ of Habeas Corpus Ad Prosequendum to the Warden, Cheshire Correctional Institution, 900

Highland Avenue, Cheshire, Connecticut and the United States Marshal for the District of

Connecticut, any of his proper deputies or Federal Law Enforcement Officers, ordering them to

produce the said **SIMON HESSLER, (Inmate No. 428311)** on **Wednesday, December 11,**

**2019 at 11:00 a.m.** before the Honorable Stefan R. Underhill, United States District Judge at the

United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, or from time to

time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

NANCY V. GIFFORD
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. ct16324
450 MAIN STREET, ROOM 328
HARTFORD, CONNECTICUT    06103
(860) 947-1101
Nancy.gifford@usdoj.gov