CRIMINAL NO. 3:19MJ728(RMS)   3:19mJ1658 MPS

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, CHESHIRE CORRECTIONAL INSTITUTION, 900 HIGHLAND AVENUE, CHESHIRE, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, ANY OF HIS PROPER DEPUTIES, OR FEDERAL LAW ENFORCEMENT OFFICERS

G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officers the body of **SIMON HESSLER, (Inmate No. 428311), (Year of Birth: 1972)** now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officers, may have the said **SIMON HESSLER** before the United States District Court, District of Connecticut, at the **United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut**, on **Wednesday, December 11, 2019 at 11:00 a.m.,** before the Honorable Stefan R. Underhill, United States District Judge, or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said **SIMON HESSLER** for a violation of 18 U.S.C. §2251(a) (Production of Child Pornography) and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, any of his proper deputies, or Federal Law Enforcement Officers shall return the said **SIMON HESSLER, Inmate No. 428311)** to the Warden, Cheshire, Correctional Institution

900 Highland Avenue, Cheshire, Connecticut, for safe and secure conduct.

Roberta Tabora, Clerk

_____
DEPUTY CLERK, U.S. DISTRICT COURT

The foregoing Writ is hereby allowed.
Dated at Hartford, Connecticut,
this ____ day of November, 2019.

/s/ Judge Michael P. Shea
_____
MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE

True Copy
ATTEST:
ROBIN D. TABORA
Clerk U.S. District Court

By _____
     Deputy Clerk