UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## ELECTRONIC FILING ORDER IN CRIMINAL CASES

The parties shall file all documents in this case electronically.   Counsel must comply with the following requirements:

1.  Counsel must comply with all applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2.  Documents filed electronically must be filed in OCR text searchable PDF format.

3.  Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide chambers with one paper copy of the following e-filed documents:

   **All pleadings (including briefs and exhibits) relating to the following**:

   a.  Motions to dismiss;

   b.  Motions to suppress;

   c.  Motions to modify presentence reports;

   d.  Requested jury instructions;

   e.  Trial briefs; and

   f.  Any other filing that is in excess of 15 pages.

IT IS SO ORDERED,

/s/ Michael P. Shea
Michael P. Shea
United States District Judge

Rev 3/1/13